UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                              )
                                                    )
Dustin Wayne Coffman                                )    CASE No. 05-40023
                                                    )
        Debtor                                      )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   GE Capital Consumer Card Co., Dept. 0008, Palatine, IL 60055-0008

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $3,947.34 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 88347 to the creditor on July 3, 2008. The check was returned marked "Account Closed". The Trustee voided the check and placed all future disbursements on "reserve" so that funds could be turned over to the Registry. The funds have now been turned over to the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 7th day of August, 2010.


                                /s/ David A. Rosenthal
                                David A. Rosenthal
                                Chapter 13 Trustee
                                P.O. Box 505
                                Lafayette, IN 47902
                                (765) 742-8248

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 7th day of August, 2010 to:

GE Capital Consumer Card Co., Dept. 0008, Palatine, IL 60055-0008
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Dustin Wayne Coffman, P.O. Box 353, Colfax, IN 46035

                /s/ David A. Rosenthal
                David A. Rosenthal
                Chapter 13 Trustee
                P.O. Box 505
                Lafayette, IN 47902
                (765) 742-8248